IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBERT WILLIAMS, #224268, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:04cv581-F |
| | ) |
| C. E. BOUTWELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **ORDER**

On October 24, 2005, the Magistrate Judge filed a Recommendation (Doc. #24) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation is adopted; and

2. That this case is DISMISSED without prejudice for the Plaintiff's failures to prosecute this action properly and to comply with the orders of this court.

Done this the 16th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE